IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN STEFFEN, on behalf of Plaintiff and the class members described below, <br><br> Plaintiff, <br><br> v. <br><br> CRANE LENDING, LLC, d/b/a CRANE FINANCE; CRYSTAL CHAPMAN-CHEVALIER; WOLF RIVER DEVELOPMENT COMPANY; and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:24−cv−00185 <br> Honorable Matthew F. Kennelly |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff Benjamin Steffen submits this notice to inform the Court that the parties have settled this matter in principle on an individual basis and expect to file a stipulation or notice of dismissal within the next sixty days. Plaintiff respectfully requests that all deadlines be stayed while the parties document and effectuate the settlement.

Respectfully submitted,

*/s/ Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
**EDELMAN, COMBS, LATTURNER**
        **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      Tara L. Goodwin certifies that on April 25, 2024, this document was filed via ECF, causing a copy to be sent to all counsel of record.

*/s/ Tara L. Goodwin*
Tara L. Goodwin
