## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Benjamin Steffen
                    Plaintiff,

v.                                    Case No.: 1:24−cv−00185
                                      Honorable Matthew F. Kennelly

Crane Lending, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 21, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's individual claims against the defendants are dismissed with prejudice and without costs pursuant to plaintiff's notice of dismissal. Plaintiff's class claims are dismissed without prejudice. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.